# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Paul Cherry | ) | Case No: 2:04-00020 |
| | ) | USM No: 16808-075 |
| Date of Original Judgment: Oct. 31, 2005 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Dumaka Shabazz |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   one hundred sixty-eight (168)   months **is reduced to**   one hundred thirty-five (135) months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   Oct. 31, 2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 8, 2014           *Todd Campbell*
                                          *Judge's signature*

Effective Date:   November 1, 2015        Todd J. Campbell, U.S. District Judge
   *(if different from order date)*       *Printed name and title*